UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIHISI WILLIAMS, )<br>)<br>Petitioner, )<br>v. )<br>)<br>LINDA BARTEE, )<br>)<br>Respondent. )<br>) | Civil Action No. 03-12554-RWZ |

### NOTICE OF APPEARANCE

Undersigned counsel hereby enters his appearance as counsel of record for Linda Bartee, respondent in the above titled action.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ David M. Lieber
David M. Lieber (BBO# 653841)
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext.2827

ATTORNEYS FOR RESPONDENT

Dated: January 29, 2004