UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIHISI WILLIAMS,<br><br>    Petitioner,<br><br>v.<br><br>LINDA BARTEE,<br><br>    Respondent. | Civil Action No. 03-12554-RWZ |

**RESPONDENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PETITION FOR HABEAS CORPUS AND FOR BRIEFING SCHEDULE**

Respondent, through counsel, respectfully requests that the Court enlarge the time to file a response to the petition for habeas corpus and to enter a briefing schedule with respect to this matter. In support of the motion respondent states that:

1. On January 15, 2004, the Court ordered respondent to respond to the petition by February 10, 2004;

2. As part of that answer, respondent is required to determine whether petitioner has exhausted the remedies available to him in state court and to provide portions of the state court record. *See* Rule 5 of the Rules Governing Section 2254 Cases;

3. Respondent has requested, but not yet received, the relevant state court record documents;

4. Respondent therefore requires a brief additional period to obtain the relevant documents and to appropriately respond to the petition;

5. Undersigned counsel has spoken with counsel for petitioner, and petitioner consents to a thirty-day enlargement of the deadline to respond to the petition, and to a further thirty days for respondent to complete her brief on the merits.

For these reasons, respondent respectfully requests that the motion be allowed, the time for filing a response to the petition be enlarged, and the court order that:

(1) Respondent file a response to the petition no later than March 11, 2004; and

(2) Respondent file a brief on the merits no later than thirty days after her answer is filed.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ David M. Lieber
        David M. Lieber (BBO# 653841)
        Assistant Attorney General
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200 ext.2827

        ATTORNEYS FOR RESPONDENT

Dated: January 29, 2004