UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIHISI WILLIAMS,
    Petitioner

v.

LINDA BARTEE,
    Respondent

CIVIL ACTION NO. 03-12554-RWZ

## PLAINTIFF'S STATEMENT OF UNCONTESTED MATERIAL FACTS

Comes now the Plaintiff, by and through his undersigned counsel, and files his Statement of Uncontested Material Facts in support of his Motion for Summary Judgement.

1. Petitioner was convicted on two counts of assault by means of a dangerous weapon, and acquitted of one count of murder. (Petit. ¶4; Ans. ¶4).

2. Petitioner is presently serving two consecutive sentences of three to five years on each of the above convictions in the Massachusetts Correctional system. (Petit. ¶2-3; Ans. ¶2-3).

3. The issues presented in this Petition were presented to the Massachusetts Supreme Judicial Court in Petitioner's request for Further Appellate Review, which was denied on December 5, 2002. (Petit. ¶9(e) (1-4; Memo. in support of Pet. at Ex. 2; Ans. ¶9; Supp. Ans. Tabs B and C).

4. All other issues of fact are established in the transcripts submitted with Petitioner's Memorandum at Exs. 6, 7 and 8; and the Respondent's Supplemental Answer at Tab B, E and G, and in the opinion of the Massachusetts Appeals Court attached as Ex. 1 to Petitioner's Memorandum in Support of Petition for Writ of *Habeas Corpus*, and as Tab H to Respondent's Supplemental Answer.

May 9, 2004

Respectfully submitted,
THE PETITIONER

By /s/ Stewart T. Graham, Jr.
Stewart T. Graham, Jr.
39 Burleigh Road
Hampden, MA 01036
(413) 781-4342
Fax (413) 566-0163
BBO#206510

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon David M. Lieber, AAG at One Ashburton Place, Boston, Massachusetts 02108 by mailing same, postage prepaid, first class mail.

May 9, 2004

/s/ Stewart T. Graham, Jr.
Stewart T. Graham, Jr.