UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIHISI WILLIAMS,            )
       Petitioner   )
                            )   CIVIL ACTION NO. 03-12554-RWZ
v.                          )
                            )
LINDA BARTEE,               )
       Respondent   )

## CORRECTIONS OF CITATIONS

Please correct two citations in Petitioner's previously submitted Memorandum in Support of his Petition for Writ of *Habeas Corpus*, as follows:

1. Pages 10 and 14: *Cola v. Reardon*, 787 F.2d 681 (1st Cir. 1986);

2. Page 12: *United States v. Gomes*, 969 F.2d 1290 (1st Cir. 1992).

                              Respectfully submitted,
                              THE PETITIONER

May 9, 2004

                              By_____
                              Stewart T. Graham, Jr.
                              39 Burleigh Road
                              Hampden, MA 01036
                              (413) 781-4342
                              Fax (413) 566-0163
                              BBO#206510

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon David M. Lieber, AAG at One Ashburton Place, Boston, Massachusetts 02108 by mailing same, postage prepaid, first class mail.

May 9, 2004

_____
Stewart T. Graham, Jr.