**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**TIHISI WILLIAMS**
    **Petitioner**

      **CIVIL ACTION**

    **V.**

      **NO. 03cv12554-RWZ**

**LINDA BARTEE**
    **Respondent**


**ORDER OF DISMISSAL**


**ZOBEL, D. J.**


  **In accordance with the Court's Memorandum and Order dated _7/29/04_**

**summarily dismissing this petition for writ of habeas corpus under 28 U.S.C.**

**§2254, it is hereby ORDERED that the above-entitled action be and hereby is**

**dismissed.**


        **By the Court,**


 **7/29/04**         **s/ Lisa A. Urso**
   **Date**          **Deputy Clerk**