UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIHISI WILLIAMS,<br>　　　　Petitioner<br><br>v.<br><br>LINDA BARTEE,<br>　　　　Respondent | )<br>)<br>)　CIVIL ACTION NO. 03-12554-RWZ<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

COMES now the Petitioner Tihisi Williams, by and through his undersigned counsel, files his Notice of Appeal from the Judgement entered against him on July 29, 2004 denying his Petition for Writ of *Habeas Corpus.*

August 23, 2004

Respectfully submitted,
THE PETITIONER

By _____
Stewart T. Graham, Jr.
39 Burleigh Road
Hampden, MA 01036
(413) 781-4342
Fax (413) 566-0163
BBO#206510