# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

Appeal No. 04-1574

---

### TIHISI WILLIAMS

Petitioner- Appellant

v.

### LINDA BARTEE - SUPERINTENDENT

Respondent - Appellee

---

### APPELLANT'S NOTICE OF WITHDRAWAL OF APPEAL

---

Comes now the Appellant Tihisi Williams, by and through his undersigned counsel, and hereby withdraws his appeal in this case.

Respectfully submitted,
THE PETITIONER-APPELLANT

September 30, 2004

By _____
Stewart T. Graham, Jr.
39 Burleigh Road
Hampden, MA 01036
(413) 781-4342
Fax (413) 566-0163
BBO#206510

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on David Leiber, AAG, 1 Ashburton Place, Boston, MA 02108-1598, counsel for the Respondent, by mailing same, postage prepaid, first class mail.

September 30, 2004

_____
Stewart T. Graham, Jr.

LAW OFFICES OF

# Graham & Graham

39 BURLEIGH ROAD
HAMPDEN, MA 01036



STEWART T. GRAHAM, JR.
TOI T. GRAHAM

TELEPHONE (413) 781-4342
FACSIMILE (413) 566-0163

September 30, 2004

Anthony Anastas, Clerk
United States District Court
United States Courthouse - Suite 2300
One Courthouse Way
Boston, MA 02210

    Re:    Williams v. Bartee
            Case No. 03-12554-RWZ

Dear Mr. Anastas:

    Enclosed for filing is a copy Mr. Williams' Notice of Withdrawal of Appeal filed this date with the Court of Appeals for the First Circuit in the above referenced case.

    Thank you for your assistance in this matter.

Sincerely,

Stewart T. Graham, Jr.

STG/tg
Enclosure

cc: D. M. Lieber, AAG