# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

**MANDATE**

No. 04-2153

03-12554
USDC-MABo
ZOBEL

TIHISI WILLIAMS

Petitioner - Appellant

v.

LINDA BARTEE, Superintendent

Respondent - Appellee

---

**JUDGMENT**

Entered: October 21, 2004

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**
By_____
Operations Manager

cc:    Stewart T. Graham, Esq.
       David Mark Lieber, AAG

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/21/04